HANSON, Respondent, v. HANSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Aimee L. Hanson against Henrietta Reutti Hanson and others, as committee of the person and property of said Walter Lathrop Hanson, an incompetent person.
PER CURIAM. Order (in 88 Misc. Rep. 244, 151 N. Y. Supp. 861) reversed, without

costs, and place of trial changed to Columbia county; with costs to appellants to abide event. HOWARD, J., dissents.